IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

SOUTHERN DISTRICT OF MISSISSIPPI
FILED

NOV 18 2025

ARTHUR JOHNSTON
BY_____ DEPUTY

| | |
|---|---|
| FORREST GENERAL HEALTH SERVICES, INC. AND HIGHLAND COMMUNITY HOSPITAL | PLAINTIFFS |
| VS. | CIVIL ACTION NO.: 2:25-cv-142-KHJ-MTP |
| HEALTHSPRING OF TENNESSEE, INC.; HEALTHSPRING LIFE & HEALTH INSURANCE COMPANY, INC.; AND CIGNA HEALTH AND LIFE INSURANCE COMPANY, INC. | DEFENDANTS |

## NOTICE OF CONVENTIONAL FILING

Plaintiffs Forrest General Health Services, Inc. and Highland Community Hospital have filed restricted from public access but permitting CM/ECF access to the litigants' counsel pursuant to Local Rule 79(e)(3)(B)(2), their Exhibits A and B to their Complaint in this matter, found at [Dkt. #1-2]. This filing is made pursuant to the Court's Order of November 12, 2025, which granted Plaintiffs' Unopposed Motion to Seal or Restrict. *See* [Dkt. #20]. This document and the referenced exhibits have been electronically served on counsel for all parties.

**RESPECTFULLY SUBMITTED**, this the 17th day of November, 2025.

FORREST GENERAL HEALTH SERVICES, INC. AND HIGHLAND COMMUNITY HOSPITAL, PLAINTIFFS

BY: _____
CHARLES E. COWAN

**OF COUNSEL:**

George H. Ritter (MSB #5372)
Charles E. Cowan (MSB #104478)
Jack F. Hall (MSB# 106482)
WISE CARTER CHILD & CARAWAY, P.A.

401 East Capitol Street, Suite 600 (39201)
Post Office Box 651
Jackson, Mississippi 39205
Telephone: 601-968-5500
Facsimile: 601-944-7738
ghr@wisecarter.com
cec@wisecarter.com
jfh@wisecarter.com